IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

FILED

FEB 24 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SHEMAR DIJOHN BRADSHAW, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-87-SDJ-KPJ |
| | § | |
| ALLEN POLICE DEPARTMENT, | § | |
| Defendant. | § | |
| | § | |

## Amended Complaint

Before the Court is the above styled and numbered case. The aforementioned ("plaintiff Shemar Dijohn Bradshaw") pursuant to the Federal Rules of Civil Procedure Rule 8 provides the court with an amended complaint. Insofar U.S. Magistrate Judge David Horan stated that the plaintiff had alleged in the justice petition that the Allen PD unlawfully seized him indicating a violation of the fourth amendment of the U.S. constitution, which supports grounds for the court's jurisdiction satisfying 28 U.S. Code § 1331. See Dkt. 6. In the paragraphs below is a statement of the claim showing that the plaintiff is entitled to relief; and a demand for the relief sought.

On January 28$^{th,\ 2022,}$ the plaintiff's Fourth amendment right to be "free from an unreasonable search and seizure" was violated by the ("defendant Allen Police Department"). In general, any arrest of a person without probable cause to support reasonable belief of the person's guilt can be considered a constitutional violation of the fourth amendment by way of law. The Defendant who at the time was operating under the color of law unreasonably refused to perform their obligations as detailed above, and is in violation of the aforementioned constitutional right of the plaintiff.

Remedy is redressable for the claims brought by the plaintiff pursuant to 42 U.S. Code § 1983 for the violation by the defendant of the plaintiff's constitutional right. Wherefor, plaintiff demands judgement by this court in it's favor and against the defendant in the amount of $20,000 to be paid in gold and silver coins pursuant to article one section ten of the United States Constitution.

Shemar Dijohn Bradshaw Tel:682-410-1644 Address: 1313 silver ln, Aubrey, Tx 76227
email: Shemarbradshaw8277@gmail.com X *[signature: Shemar Bradshaw]*
Plaintiff

Pg.2

## CASE NO DCMAG-40772-2022

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE MAGISTRATE COURT |
| VS. | § | |
| BRADSHAW, SHEMAR DIJOHN | § | COLLIN COUNTY, TEXAS |

## Order to Release Inmate

## No Probable Cause to Continue Detention

On this 28th day of January, 2022, Bradshaw, Shemar Dijohn; Bradshaw, Shemar Dijohn, [hereinafter – Defendant] appeared before this Court to complete the requirements of Article 15.17 of the Texas Code of Criminal Procedures. The Defendant had been arrested for a violation of the UNL CARRYING WEAPON & POSS DANGEROUS DRUG.

The Court finds there is **NOT ENOUGH PROBABLE CAUSE** to continue the Defendant's confinement in the Collin County Detention Facility and **ORDERS** the Defendant to be released.

The Defendant was told by the Court:

- The charge may still be filed at a later date.
- There is a legal requirement to appear when summoned by the trial court.
- Failure to appear when summoned will likely result in a warrant being issued for your arrest.

ENTERED THIS 28th day of January, 2022.



Judge Lisa Bronchetti

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded by first class mail [or, delivered in person] to each attorney/party of record on this __24th__ day of __February__ _____, 20_23_.

_Sherman Bradshaw_
[Your signature]