UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SHEMAR DIJOHN BRADSHAW | § | |
| | § | |
| v. | § | CIVIL NO. 4:23-CV-87-SDJ |
| | § | |
| ALLEN POLICE DEPARTMENT | § | |

## FINAL JUDGMENT

Pursuant to the March 11, 2024, Memorandum Adopting in Part and Modifying in Part the Report and Recommendation of the United States Magistrate Judge, it is **CONSIDERED**, **ORDERED**, and **ADJUDGED** that Plaintiff's claim is hereby **DISMISSED**.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to close this civil action.

**So ORDERED and SIGNED this 3rd day of June, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE